**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 00-20548
_____

JOHN J. WILLIAMS,

Plaintiff-Appellant

v.

ANHEUSER-BUSCH INC.; MICHAEL E. HARDING,

Defendants-Appellees,

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-3988)
- - - - - - - - - -
March 9, 2001

Before WIENER and STEWART, Circuit Judges, and SMITH,[*] District
Judge.

PER CURIAM[**]:

Plaintiff-Appellant John J. Williams appeals from the order of the

district court granting the summary judgment motion of Defendants-

Appellees Anheuser-Busch Inc. and Michael E. Harding (collectively,

"Defendants") and awarding $494.75 in costs to Defendants.    As

_____

[*]District Judge of the Western District of Texas, sitting by
designation.

[**]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Williams's appellate brief addresses only issues of slander _per_ _se_ and the award of costs, all other issues are deemed abandoned on appeal[1]; thus those two issues are the only ones that we consider.

Having carefully reviewed the summary judgment record on appeal and the legal arguments of the parties as set forth in their respective appellate briefs, we conclude that the rulings of the district court should be affirmed.  Defendants are entitled to summary judgment on Williams's claim of slander _per_ _se_ because, as a matter of law, Harding's statements do not constitute slander _per_ _se_; and, moreover, because his statements clearly are privileged.  Williams has failed to raise a genuine issue of material fact as to either slander _per_ _se_ or privilege, so the district court's grant of summary judgment was appropriate as to both issues.

AFFIRMED.

---

[1]  _See_ Fed.R.App.P. 28(a)(9); _Cinel v. Connick_, 15 F.3d 1338, 1349 (5th Cir. 1994).